RECEIVED
JUN 15 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEROME WEATHINGTON, Plaintiff | CIVIL ACTION NO. 1:16-CV-87; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| USA, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 15th day of June, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE